# EXHIBIT 2

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: UOF - 3882762

On (date) 10/11/2025

Item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Ashley Tellis

(Street Address) 2231 Terra Ridge Dr

(City) Vienna, VA 22181

Description of Item(s):
- business card, sticky notes with potential passwords   - white & blue thumb drive
- trash bags containing documents with classification markings mag

- 5 pages containing classification markings - S
- 7 pages containing classification markings - S
- 8 pages containing classification markings - S
- 8 pages containing classification markings - TS
- 64 pages containing classification markings - S
- 27 pages containing classification markings
- 3 black trash bags with pages containing classified markings
- contents of four drawer filing cabinet containing pages with classification markings   -2GB thumb drive in black leather case
- contents of two drawer filing cabinet containing pages with classified markings
- wood finish thumb drive labeled St Xaviers College, Mumbai
- Black hard drive with post it labeled "backup" with cables

- Onkyo tablet
- blue iphone in translucent case
- US passport - 683259019
- iPod   - Silver laptop
- Microsoft laptop
- white & blue thumbdrive
- LG Nexus phone in white case
- LG Nexus phone
- LG V40 thin Q phone
- Silver iPod 160GB
- white iphone in blue Spigen case
- Blue 2GB Thumb drive
- white & orange 8GB thumb drive
- computer NZXT
- Black hard drive with cables
- Black hard drive w/ post it
- Black portable hard drive

Received By: _[signature]_

Printed Name/Title: DHUN W TELLIS

Received From: _[signature]_

Printed Name/Title: Katherine Campo Special Agent