# EXHIBIT 3

| From: | Vakida Wilson |
| --- | --- |
| To: | Esbrook, Leslie (NSD) |
| Cc: | seth.schlessinger_usdoj.gov; Shults, Elizabeth (NSD); Nassikas III, John N.; Devany, Bonnie; Morris, Henry |
| Subject: | Re: US v. Tellis (25 mj 606) |
| Date: | Friday, November 14, 2025 2:27:54 PM |

Ms. Esbrook,

1.  to the best of my knowledge, Mr. Telus is complying with the conditions of his release.

2.  the "alerts" that have been happening on his device are not alerts that the defendant could cause. The most common issue that we experiencing is called a Tracker Missed Callback. This is simply due to there being a poor cell signal where the defendant lives. There is no rhyme or reason to this alert is simply due to poor reception/signal. Tracker Missed Callback is easily resolved by having the defendant put the battery on his GPS unit and having him go outside, clear of his residence/trees so that the device can get a good cell signal. While this can be inconvenient if it happens in the middle of the night, it is not something that the defendant himself is causing and is not violations of the location monitoring program.

If I can be a further assistance, please do not hesitate to contact me.

Get Outlook for iOS

**From:** Esbrook, Leslie (NSD) <Leslie.Esbrook@usdoj.gov>
**Sent:** Friday, November 14, 2025 11:39:20 AM
**To:** Vakida Wilson <Vakida_Wilson@vaep.uscourts.gov>
**Cc:** seth.schlessinger_usdoj.gov <seth.schlessinger@usdoj.gov>; Shults, Elizabeth (NSD) <Elizabeth.Shults@usdoj.gov>; John.Nassikas@arnoldporter.com <john.nassikas@arnoldporter.com>; Bonnie.Devany@arnoldporter.com <bonnie.devany@arnoldporter.com>; Henry.Morris@arnoldporter.com <henry.morris@arnoldporter.com>
**Subject:** US v. Tellis (25 mj 606)

**CAUTION - EXTERNAL:**

Hi Vakida,

I hope all's well. Two questions for you:

1.  Has Mr. Tellis violated any conditions of his pre trial release to date?

2. Defense counsel has mentioned that Mr. Tellis's ankle monitor has alerted several times in the evening. Do you have a list of the number of times his monitor has alerted, timing for those alerts, and any additional description of when Mr. Tellis has called USPO to make the office aware of the alerts? Has USPO conducted a home visit to assess the ankle monitor?

Best,
Leslie

Leslie Esbrook
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
Email: leslie.esbrook@usdoj.gov
Secret Email: leslie.esbrook@nsd.usdoj.sgov.gov
Top Secret Email: leslie.esbrook@doj.ic.gov
Office: (202) 616-3321
Mobile: (202) 904-0284

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.