IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>vs.<br><br>ASHLEY J. TELLIS,<br><br>    *Defendant*. | Case No. 1:25-cr-00308-MSN |

## ORDER GRANTING JOINT MOTION TO EXTEND

Upon joint motion of the parties, the Court finds good cause to extend the deadlines to submit pretrial motions under Local Criminal Rule 12(A) until such a time as the Court may set during the scheduled January 22, 2026 status conference or at any intervening time the Court deems appropriate.

It is hereby ORDERED that the parties' joint motion is GRANTED.

Date: 12/11/25
Alexandria, Virginia

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge