IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:25-cr-308 |
| v. | ) |
| | ) |
| ASHLEY TELLIS, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

### CORRECTED[1] JOINT MOTION FOR DISCOVERY ORDER

The United States of America, by and through Seth Schlessinger, Assistant United States Attorney, and Leslie Esbrook and Elizabeth Shults, Trial Attorney, as well as the defendant, Ashley Tellis, through counsel, respectfully move this Court for entry of the attached proposed discovery order. The parties have conferred at length and have agreed to the terms of the attached order establishing various deadlines for certain pretrial disclosures and filings, and thus respectfully request that the Court grant this motion and enter the attached Order.

WHEREFORE, the parties submit this joint corrected motion for discovery order.

---

[1] The proposed discovery order attached to the parties' original joint motion, Dkt. 54, inadvertently provided for the government to have until 30 days prior to trial to provide notice of expert testimony intended to be offered in response to a previously-noticed expert, and for the defense to have until 40 days prior to trial to provide such notice. The intent of the parties was for the deadline to be the same for both parties. Paragraph 8 in the attached proposed order is modified accordingly; otherwise there is no change. The parties respectfully request that the Court replace the previously-entered Order (Dkt. 56) with the attached.

Respectfully submitted,

Christian Nauvel
Acting Chief, Counterintelligence and
Export Control Section, National Security Division

_____/s/_____
Leslie C. Esbrook
Elizabeth Shults
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 616-3321
Email: Leslie.esbrook@usdoj.gov

_____/s/_____
Seth M. Schlessinger
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Email: Seth.Schlessinger@usdoj.gov

*Counsel for the United States*

_____/s/_____
John Nassikas (VA Bar No. 24077)
Baruch Weiss (admitted *pro hac vice*)
Henry Morris (VA Bar No. 93686)
Arnold & Porter LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-6820
Telephone: (202) 942-5081
john.nassikas@arnoldporter.com
henry.morris@arnoldporter.com
baruch.weiss@arnoldporter.com

*Counsel for Ashley J. Tellis*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to counsel of record in this case.

      Respectfully submitted,

      /s/
Seth Schlessinger
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: Seth.Schlessinger@usdoj.gov

3