UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

ASHLEY TELLIS,
             *Defendant.*

Case Number 1:25-cr-308

## ORDER

This matter comes before the Court on Defendant's Motion to Modify Conditions of Release. ECF 74. The Government opposed the motion on March 3, 2026, and Defendant filed a reply in support of his motion on March 4, 2026. ECFs 78, 79. Based upon review of the pleadings, and the arguments of counsel on March 5, 2026, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is GRANTED-IN-PART and DENIED-IN-PART. The Court's Order setting conditions of release, ECF 22, is hereby MODIFIED to allow Defendant to leave his home between the hours of 8:00 a.m. to 8:00 p.m. without obtaining prior approval from Pre-Trial services. Home detention will still be imposed between the hours of 8:00 p.m. and 8:00 a.m.; it is further

ORDERED that the Court's Order setting conditions of release, ECF 22, is hereby MODIFIED to prohibit Defendant from contacting government officials of any foreign government; and it is further

ORDERED that all other terms and conditions of release remain in full force and effect.

The Clerk's Office is directed to send a copy of this Order to all counsel of record and to the United States Pretrial Services.

_____/s/_____
Michael S. Nachmanoff
United States District Judge

March 5, 2026
Alexandria, Virginia