Judge: **Michael S. Nachmanoff**

Date:  4/16/2026                                                     Reporter:    Rebecca Stonestreet
Time: 10:33 A.M.  to 11:31 A.M.                    Courtroom Deputy: Lynnelle Creek
        11:58 A.M. to 12:07 P.M.                           Interpreter:   N/A
                                                                            Language:

**UNITED STATES of AMERICA**
              Vs.

| **ASHLEY TELLIS** | **1:25-CR-308** |
|---|---|
| Defendant's Name | Case Number |

| John Nassikas, Bonnie Devany, Aaron Sobel, Baruch Weiss, and Henry Morris | Leslie Esbrook, Seth Schlessinger, and Elizabeth Schultz |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
(✔) Motions                    ( ) Setting Trial Date       ( ) Change of Plea Hrg.      ( ) Rule 35
( ) Arraignment              ( ) Appeal from USMC      ( ) Sentencing                   ( ) Rule 20 & Plea
( )Sup Rel Rev Hrg.                                                ( ) Pre-Indictment Plea      ( ) Other:


Defendant appeared:        (✔) in person                    ( ) failed to appear
                                         (✔ ) with Counsel             ( ) without counsel           ( ) through counsel


**PROCEEDING**

- Motion to Dismiss (dkt. 76) -argued and GRANTED.
- Matter dismissed without prejudice as articulated in open court.
- Order to follow.