UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHLEY TELLIS,<br>　　　　　*Defendant.* | Case Number 1:25-cr-308 |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss. ECF 76. The Court has considered Defendant's motion, the government's opposition, ECF 78, the Defendant's reply, ECF 79, and the oral arguments presented on April 16, 2026. For the reasons stated from the bench, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

The Clerk's Office is directed to send a copy of this Order to all counsel of record and to the United States Pretrial Services.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　　United States District Judge

April 16, 2026
Alexandria, Virginia