UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

ASHLEY TELLIS,
          *Defendant.*

Case Number 1:25-cr-308

<u>ORDER</u>

Upon consideration of Defendant's Unopposed Motion for Release of Bond, ECF 88, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. The charges against Defendant were dismissed, *see* ECF 87, therefore, the Court DIRECTS that Defendant's secured bond be released.

IT IS SO ORDERED.

The Clerk's Office is directed to send a copy of this Order to all counsel of record and to the United States Pretrial Services.

/s/
_____
Michael S. Nachmanoff
United States District Judge

April 21, 2026
Alexandria, Virginia